44 A.3d 652

**Albert BROWN, Petitioner**

v.

**COURT OF COMMON PLEAS, PHILADELPHIA COUNTY–TRIAL DIVISION APPEAL UNIT; Honorable D. Webster Keogh, Administrative Judge; Honorable Sheila Woods–Skipper, Supervising Judge Criminal Division; Honorable Natasha Lowe, Post Trial Unit Supervisor, Respondents.**

**No. 25 EM 2012.**

Supreme Court of Pennsylvania.

May 16, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of May, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.** The Prothonotary is directed to strike the names of the jurists from the caption.

44 A.3d 652

**Fannie MAE, Respondent**

v.

**Frances SCARBOROUGH, Petitioner.**

**No. 67 EM 2012.**

Supreme Court of Pennsylvania.

May 16, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of May, 2012, the Emergency Motion for Stay Pending Appeal and Emergency Motion for Special Injunction are **DISMISSED AS MOOT.**